IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 03 2023

JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

_Alfonso Maestas_____, Plaintiff

v.

_Walgreens Company et al_____,

_____,

_____,

_____, Defendant(s).

**Jury Trial requested:**
(please check one)
✓ Yes ___ No

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Alfonso Maestas #A0229950 2739 E. Las Vegas St. CS, CO 80906
(Name, prisoner identification number, and complete mailing address)

_____
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

___ Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
___ Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner
✓ Other: *(Please explain)* patient

## B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Walgreens Company 1520 W. 4th St. Pueblo, CO 81004
(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No *(check one)*. Briefly explain:

During My Visit to use My Social Security benefits at Western Union on Walgreens Co. store was when the crime happened.

Defendant 1 is being sued in his/her ✓ individual and/or ✓ official capacity.
                                        Yes                    Yes

2

Defendant 2: _____
(Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

_____

_____

Defendant 2 is being sued in his/her ___ individual and/or ___ official capacity.

Defendant 3: _____
(Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

_____

_____

Defendant 3 is being sued in his/her ___ individual and/or ___ official capacity.

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

✓ State/Local Official (42 U.S.C. § 1983)

✓ Federal Official
As to the federal official, are you seeking:
✓ Money damages pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) Reconstruction Acts I have to rebuild my relationship with Walgreens.
___ Declaratory/Injunctive relief pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1361, or 28 U.S.C. § 2201

✓ Other: (*please identify*) ~~72 P.3d 454 breach of fiduciary duty, Abuse of Discretion~~ USCS Const. Art V. Declaration inquire into the condition of Alfonso Maestas State. Civil Rights Act of 1964 42 USC 1982; humuliation 147 F.Supp. 2d 1; exemplary damages 304 F.Supp. 56; civil rights 304 F.Supp. 56;    rights 815 F.2d 1474.

3

Pueblo Walgreens 4th Street

D. Statement of Claims

Affidavit of facts ~~Claims~~

Reliefs available include damages injunctions and consent decrees if the court if the plaintiffs complaint of vaugness. By state law I mean any statute ordinance or regulation. Fees are claimed when questioned produced advocacy is evident to make technical provisions. In Colorado at walgreens I used Western Union to restore cash needs in emergency. After using Western Union one hour later I laid on the sidewalk to rest with a blanket on the Walgreens land. I was approached by two men I recognized the walgreens manager was one of them. I was stranded because the Western Union computer failed to work that night. The two men said "get your nasty ass out of here." I said "wait a minute I need to get My blanket and bag." They bullied Me to hurry saying "we got guns and we will kill you" and they lifted their shirts. Both of them. This complaint for District Court is vital to identify this. I asked the man "your the manager of the walgreens right?" the manager replied "yea I am." To collect the relevant documentation the Western Union computer application and the in store videos will be helpful Misuse and effectiveness of contemplated suits help to prepare for summary judgment. Long arm statute provides in rem to pacify to leave to proceed. The

Page 1 of 3

D.                                    Affidavit

tribunal may need to know the Western Union Cash transfer failed that night. We go in search of our rights for any person to honor or excercise or attempt to honor or excercise any restrictive covenant force or effect where rights are taken away. Sparse inside assult threats to someone's life is a infatuation where safety boisterous disconcerts. Constituents outrageous conduct while I was exercising a legal right. 736 P.2d 40 to determine the inventory value of the property taken and the breach of fideciary duty claim against corporate officers or directors this is conscious ignorance of the truth if the Manager did not report pulling the guns on me on the property. Substantial assistance is mandatory to report for management. Effective upon proclamation of institute to faithfully discharge their duties before proceeding where

Page 2 of 3

D.                                              Affidavit

assembly is just. Knowing Colorado rules govern proceedings in all Courts. To the extent and with the exceptions stated in rule 1101. Wow selected Colorado provisions in proper scope and instruction accordingly reaches admissability to insurance carriers. Extending to a disclosed communication work product protection.

Perjury exempt "Sans recourse" 6Am
J2d assign & 107
/S/ ~~[scribble]~~         Alfonso Maestas
2739 E. Las Vegas St CS, CO 80906

Page 3 of 3

D.     STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:   See ~~attached~~ additional pages

   Claim one is asserted against these Defendant(s):


   Supporting facts:

E.  PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated?  ✓ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): ARC Thrift Shop

Docket number and court: 23 CV 54

Claims raised: 42 USC 1983

Disposition: (is the case still pending? has it been dismissed?; was relief granted?) Dismissed and Move to Federal Court

Reasons for dismissal, if dismissed: Federal Jurisdiction not State

Result on appeal, if appealed: _____

F.  ADMINISTRATIVE REMEDIES

WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.

403 US 388

Is there a formal grievance procedure at the institution in which you are confined?

   ✓ Yes  ~~No~~ (*check one*)

Did you exhaust administrative remedies?

   ✓ Yes  ~~No~~ (*check one*)

5

G. Request for Relief

Maestas V. Walgreens.Co et al
d/b/a/ Walgreens

Directly out of lustful hear ye hear ye. The admissibility of the habit of a neutral person equivalent to declaratory routine. Now the second function in Arbitration alternatively and additionally entitles me to relief the court intended to be respected. This complaint of a At Risk Adult with IDD is essentially factual. Although duly enacted statutes enjoy presumption abridging the freedom of assembly. It seems the better charging theory taking judicial notice to give redress we next consider. Set aside rehearing all rights privileges restoration sentence. Character evidence generally remourns untruthfulness. 42 USCS § 12102 and 42 USCS § 12112 Construction includes a relations the interrelation of operations and any practice that constitutes discrimination.

G. **REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."* **see additional paper**

H. **PLAINTIFF'S SIGNATURE**   Perjury exempt "sans recourse" 6 Am J2d assign §107

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_[signature]_
(Plaintiff's signature)

02-09-2023
(Date)

(Revised November 2022)

6