IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00576-LTB-SBP

ALFONSO MAESTAS,

    Plaintiff,

v.

WALGREENS COMPANY,
UNKNOWN NAMED PERSON,

    Defendants.

## ORDER OF DISMISSAL

This matter is before the Court on the Recommendation of United States Magistrate Judge filed on July 10, 2023 (ECF No. 22). The Recommendation states that any objection to the Recommendation must be filed within fourteen days after its service. See 28 U.S.C. § 636(b)(1)(C). The Recommendation was served on July 10, 2023. No timely objection to the Recommendation has been filed, and Plaintiff is therefore barred from de novo review. Further, the copy of the July 10 Recommendation that was mailed to Plaintiff at his address of record has been returned to the Court as undeliverable. The stamp on the returned envelope states: "RETURN TO SENDER / RELEASED / UNKNOWN." (ECF No. 25). Plaintiff has failed to file a notice of change of address within five days of any change of address as required by the Court's local rules. See D.C.COLO.LCivR 5.1(c).

Accordingly, it is

ORDERED that the Recommendation of United States Magistrate Judge (ECF No. 22) is accepted and adopted.   It is

FURTHER ORDERED that the Prisoner Complaint (ECF No. 6) and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rues of Civil Procedure for failure to comply with the pleading requirements of Rule 8.   It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.   The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this dismissal would not be taken in good faith.

DATED at Denver, Colorado, this  3rd  day of    August   , 2023.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court