IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00576-LTB-SBP

ALFONSO MAESTAS,

    Plaintiff,

v.

WALGREENS COMPANY,
UNKNOWN NAMED PERSON,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on August 3, 2023, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 3 day of August, 2023.

                                             FOR THE COURT,

                                             JEFFREY P. COLWELL, Clerk

                                             By: s/C. Madrid
                                                    Deputy Clerk